E-Filed: **9/14/09**

JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP JEFFERSON,<br>      Plaintiff,<br>    v.<br>BANK OF AMERICA HOME LOANS, et al.,<br>      Defendants. | CASE NO. CV 09-4468-GHK (CTx)<br><br>ORDER DISMISSING COMPLAINT |

Pursuant to our August 17, 2009 Order, Defendant Countrywide Home Loans, Inc., *erroneously sued as* Bank of America Home Loans is hereby **DISMISSED with prejudice**. Pursuant to our September 14, 2009 Order, Defendant Kenneth Lewis is hereby **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

DATED: September 14, 2009

_____
GEORGE H. KING
United States District Judge